No. 01–9072.   SMITH *v.* GRÁNT, WARDEN, ET AL.   C. A. 5th Cir. Certiorari denied.

No. 01–9074.   SHAW *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 01–9075.   DOERR *v.* CITY OF REDLANDS ET AL.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 01–9077.   WOLDE-GIORGIS *v.* ELSNER ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 01–9080.   MULAZIM *v.* CHAVEZ, CORRECTIONAL FACILITY PROGRAM CLASSIFICATION DIRECTOR.   C. A. 6th Cir.   Certiorari denied.

No. 01–9083.   COLE *v.* CARR ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 01–9087.   RODRIGUEZ *v.* TEXAS.   Ct. App. Tex., 4th Dist. Certiorari denied.

No. 01–9088.   SIMMONS *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 01–9090.   SCHIEBLE *v.* COURT OF APPEALS OF SOUTH CAROLINA.   Sup. Ct. S. C.   Certiorari denied.

No. 01–9092.   DIXON *v.* HARDIMON.   Ct. App. Minn.   Certiorari denied.

No. 01–9093.   DIETZ *v.* KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.   C. A. 3d Cir. Certiorari denied.

No. 01–9102.   LABRANCH *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 01–9103.   POUND *v.* WILLIAMS, INSURANCE COMMISSIONER OF DELAWARE, AS RECEIVER OF NATIONAL HERITAGE LIFE INSURANCE CO. IN LIQUIDATION, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 01–9108.   TAYLOR *v.* REDDISH, WARDEN.   C. A. 11th Cir. Certiorari denied.